IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH ZIMMERN, a Harris County Registered Voter; WILLIAM SOMMER, a Harris County Registered Voter; and CAROLINE KANE, a Harris County Registered Voter, <br><br> *Plaintiffs*, <br><br> v. <br><br> JUDGE LINA HIDALGO, in her official capacity as County Judge for Harris County, Texas; and TENESHIA HUDSPETH, in her official capacity as County Clerk for Harris County, Texas, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § Civil Action No. 4:24-cv-04439 |

## **DEFENDANTS' RULE 12(b)(1) and 12(b)(6) MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, Defendant Lina Hidalgo, sued in her official capacity as Harris County Judge, and Defendant Teneshia Hudspeth, sued in her official capacity as Harris County Clerk, hereby move this Court to dismiss Plaintiffs' claims for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying Memorandum in Support. A proposed order is also attached.

Dated: December 11, 2024

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G.C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

1

**TIFFANY S. BINGHAM**
MANAGING COUNSEL,
AFFIRMATIVE & SPECIAL LITIGATION DIVISION

*/s/ Edward D. Swidriski III*
**EDWARD D. SWIDRISKI III**
*Attorney-in-Charge*
Assistant County Attorney
Texas Bar No. 24083929
SDTX Fed. Bar No. 3089960
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924
Edward.Swidriski@harriscountytx.gov

**CHRISTOPHER GARZA**
Deputy Division Director
Texas Bar No. 24078543
SDTX Fed. Bar No. 1670532
Christopher.Garza@harriscountytx.gov

**NINA L. M. OISHI**
Assistant County Attorney
Texas Bar No. 24142250
Nina.Oishi@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2024, a true and correct copy of this motion and its attachments was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Edward D. Swidriski III*
**EDWARD D. SWIDRISKI III**
Attorney-in-Charge