

February 17, 2025

*Via email to*: Glenda_Hassan@txs.uscourts.gov
Glenda Hassan
Acting Case Manager to Judge Lee H. Rosenthal
United States District Clerk
Post Office Box 61010
Houston, Texas 77208

Re:     *Zimmern, et al., v. Hidalgo, et al.*, Case No. 4:24-cv-4439

Dear Ms. Hassan:

    Defendants submit this letter in accordance with provisions 4 and 13 of Judge Rosenthal's Court Procedures.

    As noted in the Joint Discovery/Case Management Plan, ECF No. 22, the parties are not in agreement regarding the appropriate timeframe for commencing discovery in this matter. At the Rule 26(f) meeting, Plaintiffs' counsel stated an intent to begin discovery immediately following the Rule 16 conference, which is currently set for February 28, 2025. Defendants maintain that discovery, including the exchange of initial disclosures, is not appropriate until the Court rules on their pending motion to dismiss, which raises threshold issues of subject-matter jurisdiction and immunity. The parties conferred in a good-faith effort to resolve this issue but are unable to reach an agreement.

    Defendants believe that the Court can take up this dispute at the Rule 16 conference. However, if the Court anticipates that a formal motion to stay discovery will be necessary, Defendants suggest that an earlier pre-motion conference would be appropriate.

                      Respectfully submitted,

                      */s/ Edward D. Swidriski III*
                      EDWARD D. SWIDRISKI III
                      *Attorney-in-Charge*
                      Senior Assistant County Attorney
                      Texas Bar No. 24083929
                      SDTX Fed. Bar No. 3089960

                                            1019 Congress Plaza, 15th Floor
                                            Houston, Texas 77002
                                            Telephone: (713) 274-5101
                                            Facsimile: (713) 755-8924
                                            Edward.Swidriski@harriscountytx.gov
                                            **COUNSEL FOR DEFENDANTS**

cc: All counsel (via email and CM/ECF).