**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Kenneth Zimmern, et al.

v.                                                              Case Number: 4:24–cv–04439

Lina Hidalgo, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

Pre–Motion Conference set for 2/28/2025 at 11:10 AM before Judge Lee H Rosenthal, by video.

Date: February 22, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk