**THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, FEBRUARY 17, IN OBSERVANCE OF PRESIDENTS DAY.**

EFFECTIVE SEPTEMBER 1, 2023, OUR LOBBY WALK-IN HOURS WILL BE 9 A.M. - 4 P.M. (CENTRAL), MONDAY - FRIDAY.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Election Advisory No. 2024-21

**To:** County Clerks/Elections Administrators

**From:** Christina Worrell Adkins, Director of Elections   *CWA*

**Date:** June 24, 2024

**RE:** Updated Ballot Numbering Requirements

The purpose of this advisory is to address updated requirements relating to the certification of electronic pollbook systems under Texas Election Code 31.014 and to the use of software methods of ballot numbering under Election Code 52.075.

Under those sections of the Texas Election Code, our office has the authority to adopt specific standards for the certification of electronic pollbook systems and to adopt specific requirements relating to the form and content of electronic voting system ballots, including the methods used to comply with requirements in Texas law relating to the numbering of ballots.

In light of recent events that have highlighted how publicly available records may be used to impact a voter's right to a secret ballot, our office has revised the standards for certification of an electronic pollbook system. Those revised standards prohibit the generation of ballot numbers using electronic pollbook systems or using peripheral devices that directly connect to electronic pollbook systems. Jurisdictions using those systems are now required to use ballot numbering methods that do not involve the use of the electronic pollbook system or peripherals that are directly connected to those systems.

Our office has issued revised Electronic Pollbook Certification Standards including the Texas Electronic Pollbook Functional Standards and the Texas Electronic Pollbook Test Cases. The revised documents will be available on our

website.

If you have any questions about the information in this advisory, please contact the Elections Division at 1-800-252-VOTE (8683).

CA