**In the United States District Court**
**In the Southern District of Texas**
**Houston Division**
**No. 4:24-cv-04439**

| | |
|---|---|
| **KENNETH ZIMMERN, A Harris County Registered Voter, WILLIAM SOMMER, A Harris County Registered Voter, and CAROLINE KANE, A Harris County Registered Voter,**<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**JUDGE LINA HIDALGO, in her official capacity as County Judge for Harris County, Texas; TENESHIA HUDSPETH, in her official capacity as County Clerk for Harris County, Texas,**<br><br>*Defendants*. | **Notice of Appeal** |

## <u>PLAINTIFF'S NOTICE OF APPEAL</u>

Notice is hereby given under Federal Rules of Appellate Procedure 3 that Plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order and judgment of the United States District Court for the Southern District of Texas entered March 13, 2026 MEMORANDUM AND OPINION (ECF No. 50) and ORDER OF DISSMISSAL for lack of standing (ECF No. 51).

Dated: March 27, 2026.

Respectfully submitted,

For the Plaintiffs:

/s/ Joseph M. Nixon
Joseph M. Nixon

Attorneys for Plaintiffs,

Joseph M. Nixon Tex Bar No:
15244300
Fed Bar No: 1319
Joseph M. Nixon
Public Interest Legal Foundation,
Inc.
107 S. West Street, Ste 700
Alexandria, VA 22314
(713) 550 - 7635
jnixon@publicinterestlegal.org

J. Christian Adams
Virginia Bar No: 42543
Public Interest Legal Foundation
1555 King Street, Suite 200
Alexandria, VA 22314
(703) 963-8611
adams@publicinterestlegal.org

Samuel Swanson
DC Bar No: 90027583
Public Interest Legal Foundation
107 S. West Street, Ste 700
Alexandria, VA 22314
(713) 550 - 7635
sswanson@publicinterestlegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I electronically filed the foregoing

using the Court's ECF system, which will serve notice on all registered parties.


<u>  /s/ Joseph M. Nixon     </u>
Joseph M. Nixon
jnixon@publicinterestlegal.org
Counsel for Plaintiff